132 F.3d 390w
 157 L.R.R.M. (BNA) 2172, 134 Lab.Cas. P 10,100
 BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES,
Plaintiff-Counter Defendant-Appellee,
v.
ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, Burlington
Northern Railroad Company, Sued as Burlington
Northern Railroad, Consolidated Rail
Corporation, et al.,
Defendants-Appellants,
and
Norfolk Southern Railway Company and Norfolk and Western
Railway Company, Counter Plaintiffs-Appellants.
 No. 96-4175.
 United States Court of Appeals,
Seventh Circuit.
 Argued Feb. 28, 1997.
Decided Dec. 22, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION